# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SUSAN ANN RUGGLES,      :   No. 108 MM 2023

        Petitioner      :

        v.      :

JOSHUA S. SWITZER, HENRY ROOTE,    :
MICHAEL MCNEAL, BRIAN J. TUPPER,    :
DAVID A. BARILLA, JOSEPH F.    :
SKLAROSKY JR., MICHAEL T. VOUGH,    :
MICHAEL DALEY, BRIAN COLEMAN,    :

        Respondents      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the "Writ of Quo Warranto/Mandamus" is DENIED.

     Justice McCaffery did not participate in the consideration or decision of this matter.